UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 05-346 (FSH) |
| v. | : | |
| | : | **ORDER** |
| LUIS CASTANO. | : | |
| Defendant. | : | |

This matter having come before the Court by Defendant Luis Castano, appearing *pro se*, by letter received January 3, 2011 [Docket No. 54] requesting the return of his passport; and the Government having submitted documentation from the Drug Enforcement Administration indicating that the Defendant's passport was returned to Maria Castano on February 9, 2005 [Docket No. 56],

**IT IS** on this 1st day of March 2011,

**ORDERED** that the Defendant's request is **DENIED** as moot.

                                                              s/ Faith S. Hochberg
                                                  United States District Judge